# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SUSQUEHANNA TOWNSHIP SCHOOL DISTRICT,** | : No. 1:04 – CV - 0057 |
| **PLAINTIFF** | : (Judge Conner) |
| | : |
| v. | : [Electronically filed] |
| | : |
| **MARIA CHRISTINI, Parent of A.H.,** | : |
| **DEFENDANTS** | : JURY TRIAL DEMANDED |

## REVISED SCHEDULING ORDER

AND NOW, this 23rd day of September, 2005, the Scheduling Order previously issued in the above matter is MODIFIED as follows:

1. Defendants shall file trial brief and proposed findings of fact and conclusions of law, in numbered paragraphs with supporting citations to the record of administrative proceedings (Doc. 17), on or before September 26, 2005.  See L.R. 7.8, 39.7, 48.2.

2. Each party shall file responsive trial brief and proposed findings of fact and conclusions of law, responding to the numbered paragraphs set forth in the proposed findings of fact and conclusions of law filed by the opposing party, on or before October 10, 2005.  <u>See</u> L.R. 7.8, 39.7, 48.2; <u>see also</u> L.R. 56.1.

3. Judgment on the claims and counterclaims in the above-captioned case shall be rendered by the court in due course on the basis of the record of administrative proceedings.  See 20 U.S.C. § 1415 (i) (2) (C); Fed. R. Civ. P. 52 (a).

4. A final pre-trial conference shall not be held in the above-captioned case and the parties shall not be required to file pretrial memoranda.  See L.R. 1.3, 16.1.

5. All previous scheduling orders in the above-captioned case remain in full force and effect except as modified herein.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge