## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SUSQUEHANNA TOWNSHIP** | : | **CIVIL ACTION NO. 1:04-CV-0057** |
| **SCHOOL DISTRICT,** | : | |
| | : | **(Judge Conner)** |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **MARIA CHRISTINI, Parent of A.H.,** | : | |
| | : | |
| **Defendant** | : | |

## <u>ORDER</u>

AND NOW, this 1st day of February, 2006, upon consideration of defendant's

supplemental trial brief (Doc. 53), filed on January 31, 2006 and containing

proposed findings of fact and conclusions of law, and the prior order of court

(Doc. 46) directing defendant to file a trial brief and proposed findings of fact and

conclusions of law on or before January 13, 2006,[1] and it appearing that defendant

did not request an enlargement of time to file proposed findings of fact and

conclusions of law, <u>see</u> FED. R. CIV. P. 6(b)(2) ("[When] an act is required or allowed

to be done at or within a specified time, the court for cause shown may . . . upon

motion made after the expiration of the specified period permit the act to be done

where the failure to act was the result of excusable neglect . . . ."); <u>see also</u> <u>In re</u>

<u>Cendant Corp. Prides Litig.</u>, 233 F.3d 188, 196 (3d Cir. 2000) (discussing factors to

assess in determining excusable neglect), it is hereby ORDERED that:

---

[1] The court notes that it had previously directed defendant to file a trial brief and proposed findings of fact and conclusions of law on or before September 26, 2005.  (<u>See</u> Doc. 41.)

1.      On or before February 7, 2006, defendant shall file a response showing
        cause why the supplemental trial brief (Doc. 53) should not be stricken
        from the record as untimely.  See FED. R. CIV. P. 6(b)(2).

2.      Failure to file a response showing cause on or before February 7, 2006
        will result in the supplemental trial brief (Doc. 53) being stricken from
        the record.


                                 /s/ Christopher C. Conner
                                CHRISTOPHER C. CONNER
                                United States District Judge